No. 96–5892 (A–260). IVERSON ET AL. v. GRANT ET AL. C. A. 8th Cir. Application for stay, addressed to JUSTICE GINSBURG

and referred to the Court, denied. Certiorari before judgment denied.